HARVEY, ALIAS McCARGO, v. SMYTH, PENITEN-
TIARY SUPERINTENDENT.

No. 7, Misc.   Decided March 19, 1962.

Petitioner *pro se.*

*Reno S. Harp III,* Assistant Attorney General of
Virginia, for respondent.

PER CURIAM.

The motion to substitute W. K. Cunningham, Jr., in
the place of W. Frank Smyth, Jr., as the party respondent
is granted.   The motion for leave to proceed *in forma
pauperis* and the petition for writ of certiorari are
also granted.   The judgment is reversed.   *Chewning* v.
*Cunningham,* 368 U. S. 443.

MR. JUSTICE WHITTAKER took no part in the considera-
tion or decision of this case.